**Larry BUTLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60809.**

Missouri Court of Appeals, Western District.

Nov. 26, 2002.

Susan L. Hogan, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Larry Butler appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief following an evidentiary hearing.

For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).